# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM HENDERSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NEW TEK, INC. DBA NEW TEK WEST, a Kansas Corporation; and DOES 1 TO 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV 18-10036-DMG (JPRx)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a) [20]** |

Based on the Stipulation for Dismissal of Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a) entered into by and between Plaintiff Kim Henderson ("Plaintiff") and Defendant NewTek, Inc. dba New Tek West ("Defendant") (collectively the "Parties"), and for good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with the Parties each bearing their own fees and

costs except as otherwise provided in the Parties' Confidential Settlement Agreement and Mutual Release (the "Settlement Agreement").

3. The Court shall retain jurisdiction over the Settlement Agreement so that either of the Parties thereto is authorized to seek enforcement of the Settlement Agreement in this Court.

4. The Settlement Agreement is incorporated herein by reference.

5. All scheduled dates and deadlines are VACATED.

DATED: October 10, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE